IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Joseph Sanchez

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   NA

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   NA

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Texas

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

Texas
_____

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

Texas
_____

7. District Court and Division in which venue would be proper absent direct filing:

Western District of Texas, Austin Division
_____

8. Defendants (check Defendants against whom Complaint is made):

  ☒  C.R. Bard Inc.

  ☒  Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

  ☒  Diversity of Citizenship

  ☐  Other: _____

  a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

  _____
  _____
  _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

  ☐  Recovery® Vena Cava Filter

  ☒  G2® Vena Cava Filter

-2-

☐ G2® Express (G2®X) Vena Cava Filter

☐ Eclipse® Vena Cava Filter

☐ Meridian® Vena Cava Filter

☐ Denali® Vena Cava Filter

☐ Other: _____

11. Date of Implantation as to each product:

12/4/2009 _____

_____

12. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I: Strict Products Liability – Manufacturing Defect

☒ Count II: Strict Products Liability – Information Defect (Failure to Warn)

☒ Count III: Strict Products Liability – Design Defect

☒ Count IV: Negligence - Design

☒ Count V: Negligence - Manufacture

☒ Count VI: Negligence – Failure to Recall/Retrofit

☒ Count VII: Negligence – Failure to Warn

☒ Count VIII: Negligent Misrepresentation

☒ Count IX: Negligence *Per Se*

☒ Count X: Breach of Express Warranty

☒ Count XI: Breach of Implied Warranty

☒ Count XII: Fraudulent Misrepresentationmber 16, 2010

☒   Count XIII:   Fraudulent Concealment

☒   Count XIV:   Violations of Applicable          State) Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐   Count XV:   Loss of Consortium

☐   Count XVI:   Wrongful Death

☐   Count XVII:   Survival

☒   Punitive Damages

☐   Other(s):   _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

_____

_____

_____

RESPECTFULLY SUBMITTED this __02__ th day of __April__, 20__19__.

MCSWEENEY/LANGEVIN LLC

By: __/s/ David M. Langevin__

David M. Langevin
Rhett A. McSweeney
2116 2nd Avenue South
Minneapolis, MN 55404
Attorneys for Plaintiff(s)

-4-