UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSEPH SANCHEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:20-CV-00346-LY-SH |
| ) | |
| C. R. BARD, INC. and BARD PERIPHERAL ) | |
| VASCULAR, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO ACCESS FILED DOCUMENT

Plaintiff Joseph Sanchez and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., file this Joint Motion to Access Filed Document and asks that the Court allow the Parties to access Document Number 29 filed on February 1, 2021 in the above-captioned case.

Counsel for both Parties received a Notice of Electronic Filing on February 1, 2021. The Docket Text says "Sealed Advisory to the Court. (dm)." Counsel for both Parties attempted to click on the document link to access the document through Pacer but neither party is allowed access to the document. Additionally, counsel for both Parties are unaware of who filed the document or what the document entails. For these reasons, the Parties respectfully ask the Court to grant the Parties access to the document.

Respectfully submitted,

*/s/ David M. Langevin*  
David M. Langevin  
**MCSWEENEY/LANGEVIN LLC**  
2116 2nd Avenue S  
Minneapolis, MN 55404  
(612) 746-4646 Phone  
(612) 454-2678 Fax  
dave@westrikeback.com  
*Attorneys for Plaintiff*

*/s Melissa Dorman Matthews*  
Elizabeth C. Helm  
Georgia Bar No. 289930  
**NELSON MULLINS RILEY & SCARBOROUGH LLP**  
201 17TH Street, NW, Suite 1700  
Atlanta, GA 30363  
(404) 322-6246 Phone  
(404) 322-6050 Fax  
Kate.helm@nelsonmullins.com

1

Melissa Dorman Matthews
Texas Bar No. 00790603
**HARTLINE BARGER LLP**
8750 N. Central Expy., Suite 1600
Dallas, TX 75231
(214) 346-3771 Phone
(214) 267-4271 Fax
mmatthews@hartlinebarger.com

*Attorneys for Defendants C. R. Bard.*
*And*
*Bard Peripheral Vascular, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Melissa Dorman Matthews