UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JOSEPH SANCHEZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 1:20-cv-00346-LY-SH |
| | ) |
| **C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.,** | ) ) |
| | ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above- captioned case be dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted,

*/s/ David M. Langevin*
David M. Langevin
**MCSWEENEY/LANGEVIN LLC**
2116 2nd Avenue S
Minneapolis, MN 55404
(612) 746-4646 Phone
(612) 454-2678 Fax
dave@westrikeback.com

*Attorneys for Plaintiff*

*/s/ Melissa Dorman Matthews*
Elizabeth C. Helm
Georgi Bar No. 289930
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6249 – telephone
(404) 322-6050 – facsimile
kate.helm@nelsonmullins.com

Melissa Dorman Matthews
Texas Bar No. 00790603
**HARTLINE BARGER LLP**
8750 N. Central Expy., Suite 1600
Dallas, TX 75231
(214) 346-3771 – telephone
(214) 267-4271 – facsimile
mmatthews@hartlinebarger.com

*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 4, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                      */s/ Melissa Dorman Matthews*