IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH SANCHEZ, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-20-CV-00346-LY |
| | § | |
| C.R. BARD, INC. AND BARD | § | |
| PERIPHERAL VASCULAR, INC., | § | |
|     DEFENDANTS. | § | |

## ORDER CLOSING CASE

Before the court is the above styled and numbered cause. By separate order, the court dismissed this action without prejudice and ordered that each party bear its own costs and fees.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _4th_ day of May, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE